# Exhibit 1

# QUADROS & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

**ROBERT P. QUADROS**

**RAYMOND B. BACON**

January 22, 2009

The Honorable Louis R. Lerner, Chief Judge
Hampton Circuit Court
P. O. Box 40
Hampton, VA 23669-0040

    RE: Wilson & Wilson, PC v. Tatyana Babakaeva
        Trial Date: 02/03/2009 @ 9:00 a.m. / Case No. CL08001536
        Our File No. 173528.001

Dear Judge Lerner:

    With regard to the above matter, I am currently scheduled for trial with a jury on February 3, 2009.

    Defendant in this matter has filed suit against my law firm in federal court and has alleged among other things that a violation of the Fair Debt Collection Practices Act has occurred. Now recognizing that that is in fact true I must move to have venue of this matter transferred to the City of Newport News, wherein the defendant now lives and where as I find out the contract was executed.

    I am sorry to undertake this matter; however, I was under the impression that the contract in this matter was executed in Hampton and accordingly, I enclose herewith an Order transferring venue.

    This would mean that the trial currently scheduled for February 3, 2009 may be canceled.

    Since defendant has filed suit to compel this, I would imagine that she would not oppose this motion.

                    Respectfully yours,

                      Quadros & Associates, P.C.

                      Robert P. Quadros

RPQ/sjp
Enclosure

cc: Wilson & Wilson, P.C.
    Tatyana Babakaeva

*COPY* (stamped vertically in left margin)

*VIRGINIA:* **IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON**

**Wilson & Wilson, P.C.,**
    Plaintiff

v.

**Tatyana Babakaeva,**
    Defendant

Case No. CL08001536
Trial Date: 02/03/2009 @ 9:00 a.m.

## ORDER TRANSFERRING VENUE

THIS DAY CAME Plaintiff, by counsel, upon the Motion of counsel for Plaintiff to transfer venue of this matter to the Circuit Court for the City of Newport News, Virginia pursuant to Virginia Code § 8.01-261.

AND IT APPEARING to the Court that good cause has been shown, it is accordingly ***ADJUDGED, ORDERED*** and ***DECREED*** that venue in this matter is hereby transferred to the Circuit Court for the City of Newport News, Virginia.

ENTERED this _____ day of _____, 2009.

_____
Judge

I ask for this:

_____
Robert P. Quadros, VSB #14402
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 244-4711
#173528.001
Counsel for Plaintiff

**Exhibit 2**

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

January 23, 2009

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602

RE: Tatyana A. Babakaeva v. Quadros & Associates, P.C.
U. S. District Court
Our File No. 182114.001

Dear Ms. Babakaeva:

With regard to the above matter, on my return to Virginia after the Christmas holiday I found the lawsuit that you had filed and had attempted to serve on me.

I don't know where you got your process server but on the date that he claims he served me, December 23, 2008 at 10:15 a.m., I was in fact in North Carolina at my daughter's home.

Therefore, whoever represented you lied.

However, in reading through your lawsuit in your allegations that you executed the employment contract with Wilson & Wilson in Newport News, this was the first time I was advised of that. I thought that you had executed it in their Hampton office.

Because I have actual knowledge that you in fact now live in Newport News and did prior to the trial in the District Court, you have a valid complaint against this law firm on that one issue alone.

The rest of your issues are, as your pleadings have generally been, all over the place and not to point.

However, the one valid claim you have is of a venue violation of the FDCPA.

Upon that you have me.

Won't you please forward to me a copy of some sort of indication of what your court cost was to file and I will transmit to you my check in the amount of $1000.00, which is the statutory damages under that statute, plus your costs of court.

Since you are *pro se* you have no attorney and cannot claim attorney's fee.

Tatyana A. Babakaeva
January 23, 2009
Page 2

      You may continue in this federal action if you persist, but if you do I will file the appropriate motions for sanctions and will use this letter plus my original check showing that I have paid you for the one violation that your pleadings allege that is in fact accurate.

      You may proceed at your own peril. I cannot stop you.

      However, this firm made a mistake and this firm will compensate you out of its funds.

      Awaiting your advice, I am

                                        Robert P. Quadros

RPQ/sjp

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.

# Exhibit 3

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

March 9, 2009

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602

      RE: Tatyana Babakaeva v. Quadros & Associates, PC
           United States District Court
           Our File No. 182114.001

Dear Ms. Babakaeva:

    I enclose herewith my firm check made payable to your order in the amount of $1350.00. This is the $1000.00 FDCPA penalty, which my violation of the venue issue of the statute gives you the right to. In addition, $350.00 is reimbursing your court costs.

    Since you have not responded to my letter I presume you are only doing this in your continuing efforts to thwart your former attorney and your ex-husband's former attorney from getting the fee that they deserve.

    In any event, I would further advise you that the personal service on me that was returned by the individual in question is a lie, as I was not even in the state of Virginia on the date that he claimed to have made the service.

    I will proceed with the appropriate federal action on that once we have concluded our litigation.

    So, if that was your boyfriend or former boyfriend tell him that he has committed a federal crime that I intend to have investigated and prosecuted.

                               Very truly yours,

                               Quadros & Associates, P.C.

                               Robert P. Quadros

RPQ/sjp

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.