AO 450 Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
   EASTERN     DISTRICT OF    VIRGINIA
NEWPORT NEWS DIVISION

TATYANA A. BABAKAEVA,

        Plaintiff,

v.                                       Case Number: 4:08cv129

QUADROS & ASSOCIATES, P.C.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came on for decision before the Court.  The issues have been decided and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**  that judgment for the Plaintiff is entered in the amount of $1,642.14, inclusive of costs.

  August 7, 2009                               FERNANDO GALINDO, CLERK
Date

                                                     By:        /s/
                                                          Karen V. Griffin, Deputy Clerk